UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        23 CR 329 (PKC)

            -against-                          <u>ORDER</u>

SEAN DALTON,

                     Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

           Upon the application of defense counsel, with no objection by the government, the pretrial conference previously scheduled for September 12, 2023, is adjourned until October 31, 2023, at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations.  Accordingly, the time between today and October 31, 2023, is excluded.

           SO ORDERED.

                                       P. Kevin Castel
                                 United States District Judge

Dated:  New York, New York
         September 11, 2023