UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                               23 CR 329 (PKC)
                                                               17 CR 674 (PKC)

       -against-

                                                                    ORDER

SEAN DALTON,

                              Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for November 20, 2024 is adjourned until, December 19, 2024 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations.  Accordingly, the time between today and December 19, 2024 is excluded.

       SO ORDERED.

                                                         _____
                                                              P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
       November 19, 2024