**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)   488-1900
TELECOPIER:   (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO   * ADMITTED IN NY & NJ
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

December 11, 2024

**Sent via ECF**
Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10601

RE:   United States v. Sean Dalton
      Case No.: 23-cr-00329-PKC-1

Dear Judge Castel:

    As you are aware, this firm represents Mr. Sean Dalton with regards to the above-referenced matter. At this time, I would like to request a 60-day adjournment of the status conference, which is currently scheduled for December 19, 2024. The reason for this request is that the government and I need additional time to continue plea discussions. My office has been in contact with AUSA Connie Dang, and she has no objections to this request. Additionally, we are consenting to an exclusion of time and my client has no objections to this request. Thank you for your attention herein.

Very Truly Yours,

BY: _____
LANCE LAZZARO

CC: AUSA Connie Dang via ECF

Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for December 19, 2024 is adjourned is adjourned to February 19, 2025 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties time to continue to engage in plea discussions.  Accordingly, the time between today and Febriaru 19, 2025 is excluded.
SO ORDERED.
12/12/2024

_____
P. Kevin Castel
United States District Judge